```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EVELYN ALVAREZ,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :                20-CV-255 (VSB)
                 -against-                                  :
                                                            :                    ORDER
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION et al.,                                           :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's letter submitted in the above-captioned case on December 31, 2020. (Doc. 22.) Accordingly, it is hereby:

ORDERED that the parties shall appear for a telephonic status conference on January 11, 2021 at 12 PM to discuss issues related to service on Defendants Brian Leavy DeVale, John and Jane Does 1-10, and XYZ Corp. 1-10. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated:   January 4, 2021
         New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge