UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVELYN ALVAREZ,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

               Defendants.
------------------------------------------------------------X

20-CV-255 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the January 11, 2021 status conference in this case, (Doc. 23), it is hereby:

ORDERED that the parties shall appear meet and confer and each submit a letter on or before January 22, 2021 indicating each party's position regarding: 1) whether or not Defendant DeVale was properly served, and the reasons for that position, and 2) assuming without deciding that service has not properly been effectuated on Defendant DeVale, what impact, if any, that should have on Defendant DOE's pending motion to dismiss.

SO ORDERED.

Dated:    January 11, 2021
           New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge