```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EVELYN ALVAREZ,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION et al.,                                           :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

20-CV-255 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 15, 2021, I denied in part and granted in part Defendant New York City Department of Education's ("Defendant") motion to dismiss, keeping live several of Plaintiff's claims. (Doc. 28.) Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's answer was due on April 29, 2021. Defendant has made no such filing. Accordingly, it is hereby:

ORDERED Defendant is directed to file its answer to Plaintiff's complaint on or before May 7, 2021.

SO ORDERED.

Dated:   May 2, 2021
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge